JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 15-6319 PA (Ex) |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISMISS ACTION |
| SOUTHERN CALIFORNIA EDISON COMPANY, and Does 1 to 10, | |
| Defendants. | Honorable Percy Anderson |

    Plaintiff United States of America and defendant Southern California Edison Company filed a Stipulation to Dismiss Case based on the settlement agreement reached between the parties. Therefore, the Court finds that Good Cause exists, and,

    IT IS HEREBY ORDERED, that this action is dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs pursuant to the settlement agreement.

    DATED: This <u>30th</u> day of September, 2016.

PERCY ANDERSON
United States District Judge